## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

EDWARD MARTIN
REG. #31267-044                                                          PETITIONER

VS.                              2:05CV00203 GH/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                  RESPONDENT

### <u>ORDER</u>

  Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the $5.00 filing fee.  (Docket entry #1.)  Therefore, the Court will order service of the Petition.

  IT IS THEREFORE ORDERED THAT:

  1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

  2. Respondent shall file a responsive pleading  **within twenty (20) days** of service.

  Dated this  8th  day of September, 2005.


_____
UNITED STATES MAGISTRATE JUDGE